IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**QUIZEL WELSH**                                                                  **PLAINTIFF**

v.                                          **4:23-CV-00712-BRW**

**USA, *ET AL.***                                                     **DEFENDANTS**

## **ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff asserts that numerous, unrelated Defendants have, among other things, abused biotechnology, failed to pay him the reward for killing Osama bin Laden, and stole the 2020 presidential election.[2]

Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 31st day of July, 2023.

                                                        Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.